**ELLEN STOEBLING, ESQ.**
**Nevada Bar No. 003166**
3085 E. Russell Road
Suite F
Las Vegas, NV 89120
702-458-9166
ellen@stoebling.com
Attorneys for Debtors

E Filed: 9-11-09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re<br>**WALTER CRUTCHFIELD**<br><br><br>Debtor. | Case No. BK-S-08-16943-LBR<br>Chapter 13<br><br>OPPOSITION TO MOTION FOR RELIEF<br>FROM THE AUTOMATIC STAY<br><br>Hearing Date: September 30, 2009<br>Hearing Time: 10:00 a.m. |

**OPPOSITION TO MOTION FOR THE RELIEF FROM THE AUTOMATIC STAY FILED BY THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ASSET-BACKED CERTIFICATES, SERIES 2004-24CB AND REQUEST FOR SANCTIONS**

Comes Now, Debtor , WALTER CRUTCHFIELD, by and through his attorney, ELLEN STOEBLING, ESQ., and respectfully requests this Court to deny the Motion for Relief From Automatic Stay filed by THE BANK OF NEW YORK AS TRUSTEE , by and through its attorney, GREGORY L. WILDE, ESQ.

**POINTS AND AUTHORITIES**

11 USC Section 362 (d) (1) states that the Court may terminate, modify or condition stay

> "for cause, including the lack of adequate protection of an
> interest in property of such party in interest;---"
...

-1-

11 USC Section 362 (d) (2) the Court may terminate, modify or condition a stay "with respect to a stay of an act against property under subsection (a) of this section, if-

(A) the debtor does not have an equity in such property AND

(B) such property is not necessary to an effective reorganization

## STATEMENT OF FACT

Debtor's property has liens of approximately $172,000.00 for the property located at 4746 Obannon Drive D, Las Vegas, NV 89102 , and the home is necessary for an effective reorganization.

11 USC Section 362 (d) (1) may apply as:

1. A Motion to Lift Stay was filed on or around September 2, 2009 by The Bank of New York, as Trustee, by Attorney Greg Wilde, stating that Debtor is delinquent 5 months in post-petition arrears;(See Exhibit 1 - Docket Entry #72).

2. Debtor does not know who The Bank of New York is or how it pertains to his property as the Deed of Trust attached to Attorney Wilde's Motion make no mention of The Bank of New York rather lists First Magnus Financial Corporation as the secured lienholder ( Docket Entry 72).

3. Debtor's Schedules filed with his Chapter 13 bankruptcy show a first mortgage through Countrywide (which is currently being serviced to Debtor's belief, through Litton Loan Service) and second mortgage through Bank of America. (See Schedule D of Debtor's petition).

-2-

4. That Debtor is in talks with Litton Loan Service and has been since April, 2009 re: modification of his first mortgage (See attached Exhibit 2) as well as with Bank of America regarding his second mortgage.

5. That Debtor anticipates both loans will be modified at which time Debtor will seek Court approval.

6. That on May 1, 2009 Attorney Wilde's office filed a Motion for Relief of Stay which is identical to the current Motion (Docket Entry # 65)

7. That when the May 1, 2009 Motion for Relief was filed, Debtor's attorney's office had spoken with Gena Gipson at Attorney Wilde's office to determine who and how The Bank of New York entered into this matter. (See Exhibit 3).

8. That Debtor's counsel appeared on May 27, 2009 again requesting documentation be provided to support the Bank of New York's claim. The matter was continued to June 30, 2009. (See attached Exhibit 4 )

. 9.. That on June 30, 2009 Debtor's attorney again appeared Opposing the Motion as no documentation had been provided showing any interest held by The Bank of New York (Docket Entry # 65  ).

10. That Debtor believes based upon his investigation, that The Bank of New York is not related in this matter, rather Litton Loan Service and Bank of America are the first and second lien holders on this property.

11. That the Court agreed with Debtor's position and on July 16, 2009 this Court entered an Order Denying the Bank of New York, as Trustee, Motion..(Docket Entry #66).

12. That the September 2, 2009, Motion for Relief filed by Attorney Wilde is identical to the September 2, 2009 Motion (Docket Entry's 65 and 72).

13. That on September 9, 2009, Debtor's Attorney sent a request to Attorney Wilde to withdraw his September 2, 2009 Motion (See Exhibit 5)

14. That as of the filing of this Opposition, Debtor's attorney has not heard from Attorney Wilde's office regarding said request.

-3-

15. That in, Debtor requests sanctions in the amount of $1,500.00 be awarded for having to file another Opposition as well as having to appear on this matter once again.

**CONCLUSION**

THEREFORE, Debtor's request that the motion filed be denied under 11 USC Section (d) (1) or (2), as it has not been shown what, if any interest The Bank of New York has in this property and if it is shown that The Bank of New York has an interest that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtor's to to continue and conclude loan modification talk with the lenders. Debtor further requests he be awarded sanctions of $1,500.00

DATED this 11k day of September, 2009.

By: /s/ Ellen Stoebling
ELLEN STOEBLING, ESQ.
Nevada Bar No. 003166
3085 E. Russell Road
Suite F
Las Vegas, Nevada 89120
Attorneys for Debtor

-4-

# EXHIBIT 1

BAPCPA

# U.S. Bankruptcy Court
## District of Nevada (Las Vegas)
### Bankruptcy Petition #: 08-16943-lbr

*Date filed:* 06/27/2008

*Assigned to:* LINDA B. RIEGLE
Chapter 13
Voluntary
Asset

*Debtor*
**WALTER CRUTCHFIELD**
3557 S. VALLEY VIEW BLVD
LAS VEGAS, NV 89103
SSN / ITIN: xxx-xx-3670

represented by **ELLEN G. STOEBLING**
3085 E. RUSSELL ROAD,
SUITE F
LAS VEGAS, NV 89120
702-458-9166
Email: ellen@stoebling.com

*Trustee*
**RICK A. YARNALL**
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101
(702) 853-4500

represented by **JEREMY T BERGSTROM**
2200 PASEO VERDE PKWY

SUITE 250
HENDERSON, NV 89052
(702)369-5960
Email: mbergstrom@mileslegal.com

| Filing Date | # | Docket Text |
|---|---|---|
| 06/27/2008 | 1 | Chapter 13 Voluntary Petition. Fee Amount $274. Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 06/27/2008) |
| 06/27/2008 | 2 | Chapter 13 Plan #1 Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 06/27/2008) |
| 06/27/2008 | 3 | Statement of Social Security Number(s). **This document contains sensitive information and cannot be viewed by the public.** Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 06/27/2008) |
| 06/27/2008 | 4 | Declaration Re: Electronic Filing Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 06/27/2008) |

| | | |
|---|---|---|
| 06/27/2008 | 5 | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 06/27/2008) |
| 06/27/2008 | 6 | Receipt of Filing Fee for Voluntary Petition (Chapter 13)(08-16943) [misc,volp13a] ( 274.00). Receipt number 5232755, fee amount $ 274.00. (U.S. Treasury) (Entered: 06/27/2008) |
| 06/27/2008 | 7 | Meeting of Creditors and Notice of Appointment of Trustee RICK A. YARNALL. 341 meeting to be held on 08/19/2008 at 09:00 AM at 341s - Foley Bldg,Rm 1500. Confirmation hearing to be held on 09/18/2008 at 01:30 PM at Foley Bldg,Third Floor. Objection to Dischargeability of Certain Debts due by 10/20/2008. Chapter 13 Proof of Claims due by 11/17/2008. (Entered: 06/27/2008) |
| 06/27/2008 | 8 | Certificate of Credit Counseling Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 06/27/2008) |
| 06/27/2008 | 9 | Instructions to Trustee and Assignment of Interest Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 06/27/2008) |
| 06/30/2008 | 10 | Motion to Continue the Stay under 362(c)(3)(B) Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 06/30/2008) |
| 06/30/2008 | 11 | Notice of Hearing Hearing scheduled 7/30/2008 at 02:30 PM at MKN LV-Courtroom 2, Foley Federal Bldg. Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (Related document(s) 10 Motion to Continue the Stay under 362(c)(3)(B) filed by Debtor WALTER CRUTCHFIELD) (STOEBLING, ELLEN) (Entered: 06/30/2008) |
| 06/30/2008 | 12 | Certificate of Service Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (Related document(s) 10 Motion to Continue the Stay under 362(c)(3)(B) filed by Debtor WALTER CRUTCHFIELD, 11 Notice of Hearing, filed by Debtor WALTER CRUTCHFIELD) (STOEBLING, ELLEN) (Entered: 06/30/2008) |
| 06/30/2008 | 13 | Hearing Scheduled/Rescheduled. Confirmation hearing to be held on 9/18/2008 at 01:30 PM at Foley Bldg,Third Floor. (Related document(s) 2 Chapter 13 Plan #1 (BNC) filed by Debtor WALTER CRUTCHFIELD) (Stiles, TE) (Entered: 06/30/2008) |

| 06/30/2008 | 14 | Notice of Requirement to File Certification of Completion of Instructional Course Concerning Financial Management. (Stiles, TE) (Entered: 06/30/2008) |
|---|---|---|
| 07/01/2008 | 15 | Previous Dismissal. Chapter: 13. Case Number: 08-12746. Date Filed: 3/26/2008. District: NV. Date of Previous Dismissal: 6/18/2008. (Miller, GR) (Entered: 07/01/2008) |
| 07/01/2008 | 16 | Order Reassigning Case to Bankruptcy Judge Linda B. Riegle (Stiles, TE) (Entered: 07/02/2008) |
| 07/02/2008 | 17 | BNC Certificate of Mailing. (Related document(s) 14 Notice of Requirement to File Certification of Completion of Instructional Course Concerning Financial Management (BNC)) No. of Notices: 2. Service Date 07/02/2008. (Admin.) (Entered: 07/03/2008) |
| 07/03/2008 | 18 | BNC Certificate of Mailing (Related document(s) 7 Meeting of Creditors Chapter 13 (BNC), Meeting of Creditors Chapter 13 (BNC)) No. of Notices: 18. Service Date 07/03/2008. (Admin.) (Entered: 07/04/2008) |
| 07/03/2008 | 19 | BNC Certificate of Mailing - pdf (Related document(s) 2 Chapter 13 Plan #1 (BNC) filed by Debtor WALTER CRUTCHFIELD) No. of Notices: 23. Service Date 07/03/2008. (Admin.) (Entered: 07/04/2008) |
| 07/21/2008 | 20 | Notice of Hearing Hearing scheduled 8/5/2008 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (Related document(s) 10 Motion to Continue the Stay under 362(c)(3)(B) filed by Debtor WALTER CRUTCHFIELD) (STOEBLING, ELLEN) (Entered: 07/21/2008) |
| 07/21/2008 | 21 | Certificate of Service Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (Related document(s) 10 Motion to Continue the Stay under 362(c)(3)(B) filed by Debtor WALTER CRUTCHFIELD, 20 Notice of Hearing, filed by Debtor WALTER CRUTCHFIELD) (STOEBLING, ELLEN) (Entered: 07/21/2008) |
| 07/28/2008 | 22 | Request for Special Notice with Certificate of Service Filed by JEREMY T BERGSTROM on behalf of WILSHIRE CREDIT CORPORATION (BERGSTROM, JEREMY) (Entered: 07/28/2008) |
| | | Debtor's Certification of Completion of Instructional Course |

| | | |
|---|---|---|
| 08/06/2008 | 23 | Concerning Personal Financial Management. Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 08/06/2008) |
| 08/08/2008 | 24 | Amended Schedule[s] F, Creditors Holding Unsecured Nonpriority Claims Amount: $ 79001, Fee Amount $26. Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 08/08/2008) |
| 08/08/2008 | 25 | Receipt of Filing Fee for Amended Schedules(08-16943-lbr) [misc,amdschsa] ( 26.00). Receipt number 5392719, fee amount $ 26.00. (U.S. Treasury) (Entered: 08/08/2008) |
| 08/08/2008 | 26 | Amended Schedule[s] Declaration Concerning Debtor[s] Schedules, Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 08/08/2008) |
| 08/09/2008 | 27 | Request for Special Notice Filed by RECOVERY MANAGEMENT SYSTEMS CORPORATION (SINGH, RAMESHWAR) (Entered: 08/09/2008) |
| 08/13/2008 | 28 | Order Granting Motion for Continued Automatic Stay in Case Filed After Prior Dismissal Within Year of Filing (Related document(s) 10 ) (Stiles, TE) (Entered: 08/13/2008) |
| 08/14/2008 | 29 | Motion for Relief from Stay Property: 2079 Eaglepath Circle, Henderson, NV 89074 . Fee Amount $150. Filed by JEREMY T BERGSTROM on behalf of WILSHIRE CREDIT CORPORATION, RICK A. YARNALL (BERGSTROM, JEREMY) (Entered: 08/14/2008) |
| 08/14/2008 | 30 | Receipt of Filing Fee for Motion for Relief from Stay(08-16943-lbr) [motion,mrlfsty] ( 150.00). Receipt number 5415078, fee amount $ 150.00. (U.S. Treasury) (Entered: 08/14/2008) |
| 08/14/2008 | 31 | Supplemental Declaration Of: Ashley Buxton Filed by JEREMY T BERGSTROM on behalf of WILSHIRE CREDIT CORPORATION (Related document(s) 29 Motion for Relief from Stay filed by Trustee RICK A. YARNALL, Creditor WILSHIRE CREDIT CORPORATION) (BERGSTROM, JEREMY) (Entered: 08/14/2008) |
| | | Notice of Hearing with Certificate of Service Hearing scheduled 9/10/2008 at 10:00 AM at LBR-Courtroom 1, Foley Federal Bldg.. Filed by JEREMY T BERGSTROM on behalf of WILSHIRE CREDIT CORPORATION (Related document(s) 29 |

| | | |
|---|---|---|
| 08/14/2008 | 32 | Motion for Relief from Stay filed by Trustee RICK A. YARNALL, Creditor WILSHIRE CREDIT CORPORATION) (BERGSTROM, JEREMY) (Entered: 08/14/2008) |
| 08/22/2008 | 33 | 341 Meeting Concluded - Assets (YARNALL(df), RICK) (Entered: 08/22/2008) |
| 09/12/2008 | 34 | Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation for Dismissal. (YARNALL, RICK) (Entered: 09/12/2008) |
| 09/15/2008 | 35 | Amended Chapter 13 Plan Number 2 Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (STOEBLING, ELLEN) (Entered: 09/15/2008) |
| 09/18/2008 | 36 | BNC Certificate of Mailing - pdf (Related document(s) 34 Trustee's Opposition to Confirmation/Motion to Dismiss (BNC)) No. of Notices: 32. Service Date 09/18/2008. (Admin.) (Entered: 09/18/2008) |
| 09/23/2008 | 37 | Order Confirming the Debtor(s) Plan #2 and Awarding Fees to the Debtor(s) Attorney (Related document(s) 35 Amended Chapter 13 Plan filed by Debtor WALTER CRUTCHFIELD.) (Stiles, TE) (Entered: 09/23/2008) |
| 09/23/2008 | 38 | Order Confirming the Debtor(s) Plan #1 and Awarding Fees to the Debtor(s) Attorney (Related document(s) 2 Chapter 13 Plan #1 (BNC) filed by Debtor WALTER CRUTCHFIELD.) (Stiles, TE) (Entered: 09/23/2008) |
| 09/25/2008 | 39 | BNC Certificate of Mailing - pdf (Related document(s) 37 Order Confirming Chapter 13 Plan) No. of Notices: 32. Service Date 09/25/2008. (Admin.) (Entered: 09/26/2008) |
| 09/25/2008 | 40 | BNC Certificate of Mailing - pdf (Related document(s) 38 Order Confirming Chapter 13 Plan) No. of Notices: 32. Service Date 09/25/2008. (Admin.) (Entered: 09/26/2008) |
| 09/26/2008 | 41 | Order Terminating the Automatic Stay (Related document(s) 29 ) (Stiles, TE) (Entered: 09/26/2008) |
| 09/30/2008 | 42 | Notice of Entry of Order *Terminating the Automatic Stay* Filed by JEREMY T BERGSTROM on behalf of WILSHIRE CREDIT CORPORATION (Related document(s) 41 Order on Motion For Relief From Stay) (BERGSTROM, JEREMY) (Entered: 09/30/2008) |
| | | |

| | | |
|---|---|---|
| 12/08/2008 | 43 | Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution - Additional Claims (YARNALL, RICK) (Entered: 12/08/2008) |
| 12/11/2008 | 44 | Trustee's Objection to Late-Filed Claim *FILED BY INTERNATIONAL MONETARY SYSTEMS (COURT CLAIM #5)* (YARNALL(lp), RICK) (Entered: 12/11/2008) |
| 12/11/2008 | 45 | Notice of Hearing with Certificate of Service Hearing scheduled 1/22/2009 at 02:30 PM at Foley Bldg,Third Floor. Filed by RICK A. YARNALL (Related document(s) 44 Trustee's Objection to Late-Filed Claim) (YARNALL(lp), RICK) (Entered: 12/11/2008) |
| 12/11/2008 | 46 | BNC Certificate of Mailing - pdf (Related document(s) 43 Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution - Additional Claims (BNC)) No. of Notices: 33. Service Date 12/11/2008. (Admin.) (Entered: 12/12/2008) |
| 12/15/2008 | 47 | Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution (YARNALL, RICK) (Entered: 12/15/2008) |
| 12/18/2008 | 48 | BNC Certificate of Mailing - pdf (Related document(s) 47 Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution (BNC)) No. of Notices: 33. Service Date 12/18/2008. (Admin.) (Entered: 12/19/2008) |
| 01/30/2009 | 49 | Order Re: Trustee's Objection to Late-Filed Proof of Claim (Related document(s) 44 Trustee's Objection to Late-Filed Claim.) (Prescott, MR) (Entered: 01/30/2009) |
| 01/30/2009 | 50 | Motion to Dismiss Case For Failure to Make Plan Payments (YARNALL, RICK) (Entered: 01/30/2009) |
| 01/30/2009 | 51 | Notice of Hearing on Motion to Dismiss Hearing scheduled 3/12/2009 at 2:30 PM at Foley Bldg,Third Floor.(Related document(s) 50 Motion to Dismiss (BNC).)(YARNALL, RICK) (Entered: 01/30/2009) |
| 02/03/2009 | 52 | Notice of Entry of Order *INTERNATIONAL MONETARY SYSTEMS (COURT CLAIM #5) WITH CERTIFICATE OF SERVICE* (Related document(s) 49 Order Re: Objection to Claim.)(YARNALL(lp), RICK) (Entered: 02/03/2009) |
| | | BNC Certificate of Mailing - pdf (Related document(s) 51 Notice |

| | | |
|---|---|---|
| 02/04/2009 | 53 | of Hearing on Motion to Dismiss (BNC)) No. of Notices: 33. Service Date 02/04/2009. (Admin.) (Entered: 02/05/2009) |
| 02/04/2009 | 54 | BNC Certificate of Mailing - pdf (Related document(s) 50 Motion to Dismiss (BNC)) No. of Notices: 33. Service Date 02/04/2009. (Admin.) (Entered: 02/05/2009) |
| 04/13/2009 | 55 | Request for Special Notice Filed by Litton Loan Servicing, L.P. (MCCALLA, RAYMER, LLC (js)) (Entered: 04/13/2009) |
| 05/01/2009 | 56 | Motion for Relief from Stay Property: 4746 OBANNON DRIVE, LA SVEGAS, NV 89102 . Fee Amount $150. Filed by GREGORY L. WILDE on behalf of THE BANK OF NEW YORK (WILDE, GREGORY) (Entered: 05/01/2009) |
| 05/01/2009 | 57 | Notice of Hearing Hearing Date: 5/27/2009 Hearing Time: 10:30 AM Filed by GREGORY L. WILDE on behalf of THE BANK OF NEW YORK (Related document(s) 56 Motion for Relief from Stay filed by Creditor THE BANK OF NEW YORK) (WILDE, GREGORY) (Entered: 05/01/2009) |
| 05/01/2009 | 59 | Hearing Scheduled/Rescheduled.Hearing scheduled 5/27/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. (Related document(s) 56 Motion for Relief from Stay filed by Creditor THE BANK OF NEW YORK) (slh) (Entered: 05/04/2009) |
| 05/04/2009 | 58 | Receipt of Filing Fee for Motion for Relief from Stay(08-16943-lbr) [motion,mrlfsty] ( 150.00). Receipt number 6515097, fee amount $ 150.00. (U.S. Treasury) (Entered: 05/04/2009) |
| 05/04/2009 | 60 | Certificate of Service Filed by GREGORY L. WILDE on behalf of THE BANK OF NEW YORK (Related document(s) 56 Motion for Relief from Stay filed by Creditor THE BANK OF NEW YORK, 57 Notice of Hearing filed by Creditor THE BANK OF NEW YORK) (WILDE, GREGORY) (Entered: 05/04/2009) |
| 05/08/2009 | 61 | Opposition Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (Related document(s) 56 Motion for Relief from Stay filed by Creditor THE BANK OF NEW YORK.) (STOEBLING, ELLEN) (Entered: 05/08/2009) |
| 05/08/2009 | 62 | Certificate of Service Filed by ELLEN G. STOEBLING on behalf of WALTER CRUTCHFIELD (Related document(s) 61 Opposition filed by Debtor WALTER CRUTCHFIELD) (STOEBLING, ELLEN) (Entered: 05/08/2009) |
| | | |

| | | |
|---|---|---|
| 05/26/2009 | 63 | Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution - Additional Claims (YARNALL, RICK) (Entered: 05/26/2009) |
| 05/27/2009 | 65 | **Virtual Minute Entry in reference to hearing On: 05/27/2009** **Subject:** MOTION FOR RELIEF FROM STAY PROPERTY: 4746 OBANNON DRIVE, LA SVEGAS, NV 89102 . FILED BY GREGORY L. WILDE ON BEHALF OF THE BANK OF NEW YORK. **Appearances:** MATTHEW SCHRIEVER, ATTORNEY FOR CREDITOR ELLEN G. STOEBLING, ATTORNEY FOR WALTER CRUTCHFIELD. **Proceedings:** CONTINUED TO 6-30-09 @ 10:30 AM. (vCal Hearing ID (240511)).(related document(s) 56 )Hearing scheduled 06/30/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg..(dls) (Entered: 06/02/2009) |
| 05/29/2009 | 64 | BNC Certificate of Mailing - pdf (Related document(s) 63 Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution - Additional Claims (BNC)) No. of Notices: 33. Service Date 05/29/2009. (Admin.) (Entered: 05/29/2009) |
| 07/16/2009 | 66 | Order Denying Motion For Relief of Stay filed by The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Asset-Backed Certificates, Series 2004-24CB (Related document(s) 56 ) (gab) (Entered: 07/16/2009) |
| 08/02/2009 | 67 | Motion to Dismiss Case For Failure to Make Plan Payments *Failure to Make Plan Payments* (YARNALL, RICK) (Entered: 08/02/2009) |
| 08/02/2009 | 68 | Notice of Hearing on Motion to Dismiss Hearing Date: 9/17/2009 Hearing Time: 2:30 PM (Related document(s) 67 Motion to Dismiss (BNC).)(YARNALL, RICK) (Entered: 08/02/2009) |
| 08/03/2009 | 69 | Hearing Scheduled/Rescheduled.Hearing scheduled 9/17/2009 at 02:30 PM at Foley Bldg,Third Floor. (Related document(s) 67 Motion to Dismiss (BNC)) (gab) (Entered: 08/03/2009) |
| 08/05/2009 | 70 | BNC Certificate of Mailing - pdf (Related document(s) 68 Notice of Hearing on Motion to Dismiss (BNC)) No. of Notices: 33. Service Date 08/05/2009. (Admin.) (Entered: 08/06/2009) |
| 08/05/2009 | 71 | BNC Certificate of Mailing - pdf (Related document(s) 67 Motion to Dismiss (BNC)) No. of Notices: 33. Service Date 08/05/2009. (Admin.) (Entered: 08/06/2009) |
| | | |

| | | |
|---|---|---|
| 09/02/2009 | 72 | Motion for Relief from Stay Property: 4746 OBANNON DRIVE D, LAS VEGAS, NV 89102 . Fee Amount $150. Filed by GREGORY L. WILDE on behalf of THE BANK OF NEW YORK (WILDE, GREGORY) Modified on 9/4/2009 to Reflect OBANNON DRIVE D (Lakas, WM). (Entered: 09/02/2009) |
| 09/02/2009 | 73 | Notice of Hearing Hearing Date: 9/30/2009 Hearing Time: 10:00 AM with Certificate of Service Filed by GREGORY L. WILDE on behalf of THE BANK OF NEW YORK (Related document(s) 72 Motion for Relief from Stay filed by Creditor THE BANK OF NEW YORK) (WILDE, GREGORY) (Entered: 09/02/2009) |
| 09/02/2009 | 74 | Receipt of Filing Fee for Motion for Relief from Stay(08-16943-lbr) [motion,mrlfsty] ( 150.00). Receipt number 7209935, fee amount $ 150.00. (U.S. Treasury) (Entered: 09/02/2009) |
| 09/03/2009 | 75 | Hearing Scheduled/Rescheduled.Hearing scheduled 9/30/2009 at 10:00 AM at LBR-Courtroom 1, Foley Federal Bldg.. (Related document(s) 72 Motion for Relief from Stay filed by Creditor THE BANK OF NEW YORK) (gab) (Entered: 09/03/2009) |
| 09/09/2009 | 76 | Creditor Request for Notices Filed by WEISMAN, GILBERT on behalf of ECAST SETTLEMENT CORPORATION (WEISMAN, GILBERT) (Entered: 09/09/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/11/2009 10:13:14 | | | |
| PACER Login: | es0852 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 08-16943-lbr Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| Billable Pages: | 5 | Cost: | 0.40 |